# EXHIBIT H



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Nov 6 03:20:57 EST 2014

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

**ORBITZ**

| | |
|---|---|
| **Word Mark** | ORBITZ |
| **Goods and Services** | IC 038. US 100 101 104. G & S: Providing on-line chat rooms and on-line bulletin boards for transmission of messages among computer users concerning travel; providing access to an interactive computer database in the field of travel information, transportation by air, train, bus or boat, musical events, theatrical events, live dramatic events, films, sporting events, dining, art exhibitions, ground traffic, parking, shopping and destination information. FIRST USE: 20010604. FIRST USE IN COMMERCE: 20010604

IC 039. US 100 105. G & S: travel agency services, namely, making reservations and bookings for transportation; providing information concerning travel, travel news and travel-related topics via electronic communications networks. FIRST USE: 20010604. FIRST USE IN COMMERCE: 20010604

IC 042. US 100 101. G & S: travel agency services, namely, making reservations and booking for temporary lodging. FIRST USE: 20010604. FIRST USE IN COMMERCE: 20010604 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76975902 |
| **Filing Date** | April 18, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 30, 2002 |
| **Registration Number** | 2858685 |
| **Registration** | |

| | |
|---|---|
| **Date** | June 29, 2004 |
| **Owner** | (REGISTRANT) Orbitz, LLC LIMITED LIABILITY COMPANY DELAWARE 500 West Madison Street Chicago ILLINOIS 60661 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Tamara A. Head |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140613. |
| **Renewal** | 1ST RENEWAL 20140613 |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**


**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Nov 6 03:20:57 EST 2014

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

### ORBITZ.COM

| | |
|---|---|
| **Word Mark** | ORBITZ.COM |
| **Goods and Services** | IC 038. US 100 101 104. G & S: Providing on-line chat rooms and on-line bulletin boards for transmission of messages among computer users concerning travel; providing access to an interactive computer database in the field of travel information, transportation by air, train, bus or boat, musical events, theatrical events, live dramatic events, films, sporting events, dining, art exhibitions, ground traffic, parking, shopping and destination information. FIRST USE: 20040515. FIRST USE IN COMMERCE: 20040515

IC 039. US 100 105. G & S: Travel agency services, namely, making reservations and bookings for transportation; providing information concerning travel, travel news and travel-related topics via electronic communications networks. FIRST USE: 20040515. FIRST USE IN COMMERCE: 20040515

IC 042. US 100 101. G & S: Travel agency services, namely, making reservations and booking for temporary lodging. FIRST USE: 20040515. FIRST USE IN COMMERCE: 20040515 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76029066 |
| **Filing Date** | April 18, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 25, 2001 |
| **Registration Number** | **2951983** |
| **Registration** | |

| | |
|---|---|
| **Date** | May 17, 2005 |
| **Owner** | (REGISTRANT) Orbitz, LLC LIMITED LIABILITY COMPANY DELAWARE 500 West Madison Street Suite 1000 Chicago ILLINOIS 60661 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Laurel V. Dineff |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |