# EXHIBIT I

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 24 03:20:58 EDT 2014

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# UNITED

| | |
|---|---|
| Word Mark | UNITED |
| Goods and Services | IC 039. US 105. G & S: TRANSPORTATION OF PERSONS, MAIL, AND PROPERTY BY AIR. FIRST USE: 19290201. FIRST USE IN COMMERCE: 19290201 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Serial Number | 71657390 |
| Filing Date | December 3, 1953 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Registration Number | 0676462 |
| Registration Date | March 31, 1959 |
| Owner | (REGISTRANT) UNITED AIR LINES, INC. CORPORATION DELAWARE P.O. Box 66100 CHICAGO ILLINOIS 60666 |
| | (LAST LISTED OWNER) UNITED AIRLINES, INC. CORPORATION DELAWARE 233 SOUTH WACKER DRIVE, 11TH FLOOR CHICAGO ILLINOIS 60606 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Theresa Conduah |
| Description of Mark | Color is not claimed as a feature of the mark. |
| Type of Mark | SERVICE MARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20090422. |
| **Renewal** | 3RD RENEWAL 20090422 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 24 03:20:58 EDT 2014

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

*( Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | UNITED AIRLINES |
| **Goods and Services** | IC 039. US 105. G & S: transportation of persons, property and mail by air. FIRST USE: 19740617. FIRST USE IN COMMERCE: 19740617 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74270015 |
| **Filing Date** | April 27, 1992 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 10, 1992 |
| **Registration Number** | 1750451 |
| **Registration Date** | February 2, 1993 |
| **Owner** | (REGISTRANT) United Air Lines, Inc. CORPORATION DELAWARE HDQLD - 16th Floor 77 West Wacker Drive Chicago ILLINOIS 60601<br><br>(LAST LISTED OWNER) UNITED AIRLINES, INC. CORPORATION DELAWARE 233 SOUTH WACKER DRIVE, 11TH FLOOR CHICAGO ILLINOIS 60606 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Theresa Conduah |
| | 0627996;0676462;1008047 |

| | |
|---|---|
| **Prior Registrations** | |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AIRLINES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130205. |
| **Renewal** | 2ND RENEWAL 20130205 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.**HOME** | **SITE INDEX**| **SEARCH** | *e***BUSINESS** | **HELP** | **PRIVACY POLICY**

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Oct 27 03:21:07 EDT 2014*

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 039. US 100 105. G & S: air transportation of persons and property. FIRST USE: 19901101. FIRST USE IN COMMERCE: 19910201 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 01.07.02 - Globes with meridians and parallels only<br>26.09.21 - Squares that are completely or partially shaded |
| **Serial Number** | 75035972 |
| **Filing Date** | December 22, 1995 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 17, 1996 |
| **Registration Number** | **2022051** |
| **Registration Date** | December 10, 1996 |
| **Owner** | (REGISTRANT) Continental Airlines, Inc. CORPORATION DELAWARE HQSLG 1600 SMITH STREET Houston TEXAS 77002 |

|  |  |
|---|---|
|  | (LAST LISTED OWNER) UNITED AIRLINES, INC. CORPORATION DELAWARE 233 SOUTH WACKER DRIVE, 11TH FLOOR CHICAGO DELAWARE 60606 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Theresa Conduah |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070123. |
| **Renewal** | 1ST RENEWAL 20070123 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY