# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                            Case Number:

United Airlines, Inc., a Delaware corporation, Orbitz Worldwide LLC, a limited liability company, and Orbitz, LLC, a limited liability company
-vs- Aktarer Zaman, individually and d/b/a Skiplagged.com

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UNITED AIRLINES, INC.; ORBITZ WORLDWIDE LLC; and ORBITZ, LLC

| | |
|---|---|
| **NAME (Type or print)** <br> FRANK BLECHSCHMIDT | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Frank Blechschmidt | |
| **FIRM** <br> BAKER & HOSTETLER LLP | |
| **STREET ADDRESS** <br> 191 N. Wacker Drive, Suite 3100 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6308606 | **TELEPHONE NUMBER** <br> 312-416-6200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |