AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

United Airlines, Inc., Orbitz Worldwide, LLC, and Orbitz, LLC,

CASE NUMBER: 14-CV-9214

V.

ASSIGNED JUDGE: Honorable Charles P. Kocoras

Aktarer Zaman, individually and d/b/a Skiplagged.com

DESIGNATED
MAGISTRATE JUDGE: Honorable Maria Valdez

TO: (Name and address of Defendant)

Aktarer Zaman
8312 101st Ave. Fl. 3
Ozone Park, New York 11416-2011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John S. Letchinger
Matthew J. Caccamo
Frank T. Blechschmidt
Baker & Hostetler LLP
191 N. Wacker Drive, Suite 3100
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



_____
(By) DEPUTY CLERK

November 18, 2014

_____
DATE

| UNITED STATES DISTRICT COURT | |
|---|---|
| NORTHERN DISTRICT OF ILLINOIS | |
| UNITED AIRLINES, INC., et al., | CIVIL ACTION NO.: 14-CV-9214 |
| V. *Plaintiff* | |
| AKTARER ZAMAN, individually and d/b/a SKIPLAGGED.COM | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Wheatley Heights, New York

That on **12/23/2014** at **1:19 PM** at **525 West 28th Street, Apt. 1158, New York, NY 10001**

deponent served a(n) **Summons in a Civil Case, Complaint Jury Trial Demanded with Exhibits A-I**

on **Aktarer Zaman**,

by delivering thereat a true copy of each to **Ray Thorp (Doorman)** a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's last known residence at **525 West 28th Street, Apt. 1158, New York, NY 10001**.

Mailed Copy on **12/24/2014**

Description of Person Served:
Gender: Male
Skin: Black
Hair: Black
Age: 22 - 35 Yrs.
Height: 5' 9" - 6' 0"
Weight: 131-160 Lbs.
Other: Glasses

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
29th day of December, 2014

_____
NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2016

_____
Russell Webb
License No. 1216146

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279