UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED AIRLINES, INC., a Delaware corporation, ORBITZ WORLDWIDE, LLC, a limited liability company, ORBITZ, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>AKTARER ZAMAN, individually and d/b/a SKIPLAGGED.COM<br><br>Defendant. | : : : : : : : : : : : : : : | Civil Action No. 14-9214 |

## MOTION TO DISMISS THE CLAIMS OF PLAINTIFF UNITED AIRLINES, INC.

Defendant Aktarer Zaman hereby moves to dismiss the claims of United Airlines, Inc., on the grounds that this Court lacks personal jurisdiction over Mr. Zaman. In support of this motion, Mr. Zaman respectfully submits herewith a memorandum of law and a declaration from Aktarer Zaman.

Dated:  January 13, 2015　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Irwin B. Schwartz*
　　　　　　　　　　　　　　　　　　　　Irwin B. Schwartz (*pro hac vice* granted December 15, 2014)
　　　　　　　　　　　　　　　　　　　　Nicholas R. Cassie (*pro hac vice* granted December 15, 2014)
　　　　　　　　　　　　　　　　　　　　BLA Schwartz, PC
　　　　　　　　　　　　　　　　　　　　225 Franklin Street, 26th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　Phone: (617) 421-1800
　　　　　　　　　　　　　　　　　　　　Fax: (617) 421-1810
　　　　　　　　　　　　　　　　　　　　ischwartz@blaschwartz.com
　　　　　　　　　　　　　　　　　　　　ncassie@blaschwartz.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Aktarer Zaman, individually and d/b/a skipplagged.com*

　　　　　　　　　　　　　　　　　　　　Fitzgerald T. Bramwell
　　　　　　　　　　　　　　　　　　　　**LAW OFFICES OF FITZGERALD BRAMWELL**
　　　　　　　　　　　　　　　　　　　　155 North Wacker Drive, Suite 4250
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　312-803-3682 (voice)
　　　　　　　　　　　　　　　　　　　　bramwell@fitzgeraldbramwell.com

　　　　　　　　　　　　　　　　　　　　*Local counsel for Aktarer Zaman*

Case: 1:14-cv-09214 Document #: 24 Filed: 01/13/15 Page 3 of 3 PageID #:212

## Certificate Of Service

The undersigned, an attorney, hereby certifies that he filed the foregoing MOTION TO DISMISS THE CLAIMS OF PLAINTIFF UNITED AIRLINES, INC. on January 13, 2015 and that service will be affected via the Court's CM/ECF system on the following counsel:

Frank T. Blechschmidt, Esq.
Matthew J. Caccamo, Esq.
John Sheldon Letchinger, Esq.
Baker & Hostetler LLP
191 North Wacker Dr., Suite 3100
Chicago, Illinois 60606
fblechschmidt@bakerlaw.com
mcaccamo@bakerlaw.com
jletchinger@bakerlaw.com
*Counsel for United Airlines, Inc., Orbitz Worldwide, LLC, and Orbitz, LLC*

*/s/ Irwin B. Schwartz*
Irwin B. Schwartz

*Counsel for Aktarer Zaman, individually and d/b/a skipplagged.com*