# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

United Airlines, Inc., et al.

                            Plaintiff,

v.                                                       Case No.: 1:14–cv–09214
                                                                         Honorable Charles P. Kocoras

Aktarer Zaman

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 13, 2015:

       MINUTE entry before the Honorable Charles P. Kocoras: Motion hearing held on 1/13/2015. Motion hearing held. Defendant's motion to the response date to Orbits claims only by 1/20/2015 [22] is granted. Defendant's motion to dismiss the claims of plaintiff United Airlines, Inc. is due by 1/13/2015. Plaintiff's response is due by 1/20/2015; reply is due by 2/3/2015. Court will rule by mail. Status hearing set for 1/27/2015 is stricken. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.