**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED AIRLINES, INC., a Delaware corporation,<br>ORBITZ WORLDWIDE, LLC, a limited liability company,<br>ORBITZ, LLC, a limited liability company,<br><br>           Plaintiffs,<br>v.<br><br>AKTARER ZAMAN, individually and d/b/a SKIPLAGGED.COM.<br><br>           Defendant. | Case No. 14-CV-9214<br><br>Honorable John Robert Blakey<br><br>Honorable Maria Valdez |

**NOTICE OF DISMISSAL OF THE CLAIMS ASSERTED BY**
**ORBITZ, LLC AND ORBITZ WORLDWIDE, LLC**

Plaintiffs Orbitz, LLC and Orbitz Worldwide, LLC (collectively, "**Orbitz**"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss their claims against Defendant Aktarer Zaman ("**Zaman**"), individually and d/b/a Skiplagged.com (*see* Dkt. #1 (Counts I-III)). In support of this Notice of Dismissal, Orbitz states as follows:

    1. On November 17, 2014, Orbitz and Plaintiff United Airlines, Inc. ("**United**") filed a six-count complaint against Zaman. (*See id.*) Orbitz asserted three claims against Zaman: a Lanham Act claim and a breach-of-contract claim, by Orbitz, LLC, and a tortious interference claim, by Orbitz Worldwide, LLC. (*See id.* at pp. 26-30 (Counts I-III)) United also asserted three claims against Zaman. (*See id.* at pp. 30-34 (Counts IV-VI))

    2. Orbitz and Zaman have agreed to settle their dispute. Accordingly, Orbitz dismisses its claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each side is to bear its own costs and fees, and all rights of appeal are waived.

3. This Notice of Dismissal affects the Orbitz claims only. United's claims against Zaman are not being dismissed and remain pending.

WHEREFORE, Plaintiffs Orbitz, LLC and Orbitz Worldwide, LLC respectfully request that the Court (1) deem this Notice to be effective upon filing, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), (2) enter a minute entry reflecting this dismissal of the Orbitz claims only (Counts I-III), and (3) grant such further relief as the Court deems proper and just.

Date: February 12, 2015

Respectfully submitted,

ORBITZ, LLC, and

ORBITZ WORLDWIDE, LLC,

/s/ *John S. Letchinger*
*One of the Attorneys for Plaintiffs*

John S. Letchinger
Matthew J. Caccamo
Frank Blechschmidt
BAKER & HOSTETLER LLP
191 N. Wacker Drive, Suite 3100
Chicago, Illinois 60606
(312) 416-6200
(312) 416-6201 (FAX)

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 12, 2015, I electronically filed the foregoing **NOTICE OF DISMISSAL OF THE CLAIMS ASSERTED BY ORBITZ, LLC AND ORBITZ WORLDWIDE, LLC** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

      By:   */s/ Frank Blechschmidt*
           *One of the Attorneys for Plaintiffs*

           John S. Letchinger (#6207361)
           Matthew J. Caccamo (#6282605)
           Frank Blechschmidt (#6308606)
           BAKER & HOSTETLER LLP
           191 North Wacker Drive
           Chicago, IL 60606-1901
           (312) 416-6200
           (312) 416-6201 (FAX)